205 So.2d 442

**STATE of Louisiana ex rel. Kenneth HENLEY**

**v.**

**Wingate WHITE, Warden Louisiana State Penitentiary, et al.**

No. 49012.

Jan. 11, 1968.

Application is denied. Considering the return of the District Attorney, the applicant has no right to be released from confinement and no right to habeas corpus.